**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Epic Chemical Solutions Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  5 – 0  7  3  0  0  7  6 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10806 Cactus Crossing Drive** | |
| Number     Street | Number     Street |
| | P.O. Box |
| **San Antonio**          **TX**     **78245** | |
| City                        State   ZIP Code | City                        State   ZIP Code |
| **Bexar** | Location of principal assets, if different from principal place of business |
| County | |
| | Number     Street |
| | City                        State   ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor __**Epic Chemical Solutions Inc.**_____      Case number (if known) _____

**7.   Describe debtor's business**

A.  *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B.  *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11.   *Check all that apply:*

  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] A plan is being filed with this petition.

  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

Debtor  **Epic Chemical Solutions Inc.**                                    Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                                  MM / DD / YYYY

District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes. Debtor _____ Relationship _____

List all cases. If more than 1, attach a separate list.

District _____ When _____
                                  MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                  MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor   **Epic Chemical Solutions Inc.** _____     Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                              Number        Street

                              _____

                              _____
                              City                          State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency   _____
         Contact name      _____
         Phone             _____

---

**▮ Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Epic Chemical Solutions Inc.** _____  Case number (if known) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/07/2023**
         MM / DD / YYYY

X  **/s/ Megan Malin** _____
Signature of authorized representative of debtor

**Megan Malin** _____
Printed name

**Vice President** _____
Title

**18.  Signature of attorney**

X  **/s/ Daniel J. Ciment** _____  Date  **10/07/2023**
Signature of attorney for debtor                MM / DD / YYYY

**Daniel J. Ciment** _____
Printed name

**Ciment Law Firm, PLLC** _____
Firm name

**221 Bella Katy Drive** _____
Number        Street

_____

**Katy** _____  **TX**       **77494** _____
City                           State     ZIP Code

**(833) 663-3289** _____  **Daniel@CimentLawFirm.com** _____
Contact phone                  Email address

**24042581** _____  **TX** _____
Bar number                     State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Epic Chemical Solutions Inc.</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

<u>Official Form 206A/B</u>

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.**

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

**1.  Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

**2.  Cash on hand** _____

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Business Checking account**<br>**Frost Bank** | **Checking account** | __ __ __ __ | **$0.00** |

**4.  Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

**5.  Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.     **$0.00**

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.  Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor    __Epic Chemical Solutions Inc._____    Case number (if known) _____
        Name

                                                                               **Current value of**
         **debtor's interest**

**7.**  **Deposits, including security deposits and utility deposits**

      Description, including name of holder of deposit

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

**9.**  **Total of Part 2.**
     Add lines 7 through 8.  Copy the total to line 81.                                 **$0.00**

## Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

    ☐  No.  Go to Part 4.
    ☑  Yes.  Fill in the information below.

                                                                                  **Current value of**
         **debtor's interest**

**11.**  **Accounts receivable**

11a.  90 days old or less:    **$15,800.08**   –   **$0.00**   = .............→   **$15,800.08**
                      face amount               doubtful or uncollectible accounts

11b.  Over 90 days old:    **$440,409.46**   –   **$0.00**   = .............→   **$440,409.46**
                     face amount               doubtful or uncollectible accounts

**12.**  **Total of Part 3**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$456,209.54**

## Part 4:  Investments

**13.**  **Does the debtor own any investments?**

    ☑  No.  Go to Part 5.
    ☐  Yes.  Fill in the information below.

                                             **Valuation method**        **Current value of**
                                           **used for current value**    **debtor's interest**

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated**
     **businesses, including any interest in an LLC, partnership, or joint venture**

      Name of entity:              % of ownership:

**16.**  **Government bonds, corporate bonds, and other negotiable and**
     **non-negotiable instruments not included in Part 1**

      Describe:

**17.**  **Total of Part 4**
     Add lines 14 through 16.  Copy the total to line 83.                      **$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18.**  **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑  No.  Go to Part 6.
    ☐  Yes.  Fill in the information below.

Debtor  __Epic Chemical Solutions Inc._____    Case number (if known) _____
       Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

                                                                               **$0.00**

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

                                                                               **$0.00**

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  __**Epic Chemical Solutions Inc.**_____  Case number (if known) _____
        Name

---

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42. Copy the total to line 86.

$0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2022 Ford F550 Lariat w/11 foot Flatbed VIN# 1FD0W5HT7NEE81333 12,856 - mileage** | $80,000.00 | www.commercialtrucktr | $80,000.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

$80,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

---

Debtor    __Epic Chemical Solutions Inc._____    Case number (if known) _____
             Name

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

  ☑ No.  Go to Part 10.
  ☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.
      **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
  ☐ No
  ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ☑ No.  Go to Part 11.
  ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.
      **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
  ☐ No
  ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☐ No
  ☐ Yes

Debtor    __Epic Chemical Solutions Inc._____    Case number (if known) _____
         Name

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11: All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ☑ Yes.  Fill in the information below.

                                                         **Current value of debtor's interest**

71.  **Notes receivable**

Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

__EPIC CHEMICAL SOLUTIONS, INC vs JAMES RODNEY GIBSON JR. d/b/a Tech-Chemical__    $174,935.00

Nature of claim    __Breach of Contract_____

Amount requested    __$174,935.00_____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.    | $174,935.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor      **Epic Chemical Solutions Inc.**                                Case number (if known) _____
                Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $456,209.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $80,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $174,935.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $711,144.54 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92..............................................................     **$711,144.54**

**Fill in this information to identify the case:**

Debtor name __**Epic Chemical Solutions Inc.**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | Amount of claim | Value of collateral |
| --- | --- | --- | --- |
| **Ford Motor Credit** | **2022 Ford F550** | $82,608.24 | $80,000.00 |

Creditor's mailing address
**POB 542000**

_____

Describe the lien
**Automobile**

| **Omaha**              **NE    68154** | **Is the creditor an insider or related party?** |

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred  _____

Last 4 digits of account number   ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$82,608.24

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>Epic Chemical Solutions Inc.</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

      If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**    **Priority creditor's name and mailing address**

_____
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Epic Chemical Solutions Inc.** _____    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,993.82** |
|---|---|---|---|

**Afco Credit Corporation**

**150 North Field Drive, Suite 190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Lake Forest**          **IL**    **60045**          **Business Debt**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___          ☒ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,066.27** |
|---|---|---|---|

**Basin Embroidery**

**817 Central Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Odessa**          **TX**    **79761**          **Business Debt**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___          ☒ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$236,659.29** |
|---|---|---|---|

**Berryman Chemical Inc**

**24 Waterway Ave Suite 800**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**The Woodlands**          **TX**    **77380**          **Business Debt**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___          ☒ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,289.00** |
|---|---|---|---|

**Boasso America Corp**

**615 Channelside Drive, Suite 206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Tampa**          **FL**    **33602**          **Business Debt**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___          ☒ No
☐ Yes

Debtor __**Epic Chemical Solutions Inc.**_____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

**Brenntag North America, Inc.**

**5083 Pottsville Pike**

_____

**Reading**                    **PA      19605**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$39,321.18**

| 3.6 | Nonpriority creditor's name and mailing address |

**Crude Chem Technology**

**1998 FM 362**

_____

**Pattison**                    **TX      77423**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$130,181.94**

| 3.7 | Nonpriority creditor's name and mailing address |

**Divvy Pay LLC**

**2103 Citywest Blvd 12th Floor**

_____

**Houston**                    **TX      77042**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$42,267.64**

| 3.8 | Nonpriority creditor's name and mailing address |

**Dongying Junyuan Petroleum Group**

**#117, Guyangqing Rd.**

**Guangrao County,**

**Dongying, Shandong, China, 257000**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$49,286.00**

Debtor    __Epic Chemical Solutions Inc._____    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$2,000.00

__Hexa Containment_____

__709 S 16th St_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Basis for the claim:

__La Porte_____ TX____ 77571____    __Business Debt_____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$324,072.00

__Hoover CS_____

__24285 Katy Fwy Suite 200,_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Basis for the claim:

__Katy_____ TX____ 77494____    __Business Debt_____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$35,725.00

__Isochem Logistics LLC_____

__11000 Beaumont Hwy_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Basis for the claim:

__Houston_____ TX____ 77078____    __Business Debt_____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$3,053.00

__Red River Logistics_____

__3120 Sabre Dr., #100_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Basis for the claim:

__Southlake_____ TX____ 76092____    __Business Debt_____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

Debtor  **Epic Chemical Solutions Inc.**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$4,224.00** |
|---|---|---|---|---|

*Check all that apply.*

**Robertsons Team, LLC**

**3937 S County Rd 1290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Odessa                        TX      79765**    **Business Debt**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,385.00** |
|---|---|---|---|

*Check all that apply.*

**Sgb Solutions, Lp**

**5918 S County Rd 1273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Midland                        TX      79706**    **Business Debt**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$431,848.63** |
|---|---|---|---|

*Check all that apply.*

**Solugen Inc.**

**14549 Minetta St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston                      TX      77035**    **Business Debt**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35,958.30** |
|---|---|---|---|

*Check all that apply.*

**Southern Tank Leasing**

**408 Maxey Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston                      TX      77013**    **Business Debt**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Epic Chemical Solutions Inc.**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

                                                                                **$15,000.00**

**Tci Transportation**

**4950 Triggs Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Commerce**          **CA**      **90022**

**Date or dates debt was incurred**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

| 3.18 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

                                                                                **$5,595.00**

**Titan Transportation**

**16514 Avenplace Rd,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Tomball**          **TX**      **77377**

**Date or dates debt was incurred**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

| 3.19 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

                                                                                **$33,659.07**

**United Rentals**

**100 First Stamford Pl #700**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Stamford**          **CT**      **06902**

**Date or dates debt was incurred**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

Debtor    __Epic Chemical Solutions Inc._____    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
      listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

      If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
      are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1    **Gray Reed & McGraw, Llp**
       **1300 Post Oak Blvd.#2000**

       **Houston              TX      77056**

Line    __3.10__

☐ Not listed.  Explain:

__ __ __ __

4.2    **James E. Von Der Heydt**
       **200 Public Square, Suite 2300**

       **Cleveland            OH      44114-2378**

Line    _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

4.3    **Judicial Workplace Arbitrations, Inc.**
       **Kerrville Tower**
       **222 Sidney Baker Street South**
       **Fifth Floor, Suite 500**
       **Kerrville            TX      78028**

Line    _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

4.4    **Marsala Law Group**
       **1417 E. Mckinney St., Ste 110**

       **Denton               TX      76209**

Line    _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

4.5    **The Jacob Companies LLC**
       **5465 Legacy Dr Ste 650**

       **Plano                TX      75024**

Line    _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

Debtor    **Epic Chemical Solutions Inc.**          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

<div align="right">

**Total of claim amounts**

</div>

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,441,585.14** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,441,585.14** |

**Fill in this information to identify the case:**

Debtor name **Epic Chemical Solutions Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____  Chapter ___**7**___

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name __**Epic Chemical Solutions Inc.**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Epic Chemical Solutions Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B......................................................................................... $0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B...................................................................................... $711,144.54

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.......................................................................................... $711,144.54

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... $82,608.24

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................. $0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ + $1,441,585.14

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................................ $1,524,193.38

**Fill in this information to identify the case and this filing:**

Debtor Name  **Epic Chemical Solutions Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/07/2023**
MM / DD / YYYY

X **/s/ Megan Malin**
Signature of individual signing on behalf of debtor

**Megan Malin**
Printed name

**Vice President**
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **Epic Chemical Solutions Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.  Gross revenue from business**

    ☑ None

**2.  Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
    lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
    before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be
    adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Ford Motor Credit**<br>Creditor's name<br>**POB 542000**<br>Street<br><br>**Omaha**     **NE**    **68154**<br>City        State    ZIP Code | **$1954.71**<br>**Monthly** | **$5,862.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | **Crude Chem Technology**<br>Creditor's name<br>**1998 FM 362**<br>Street<br><br>**Pattison**     **TX**    **77423**<br>City        State    ZIP Code | 8/24/2023<br>9/21/2023 | **$17,632.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. | **TCI Transportation**<br>Creditor's name<br>**4950 Triggs Street**<br>Street<br><br>**Commerce**     **CA**    **90022**<br>City        State    ZIP Code | 7/21/2023<br>8/21/2023<br>9/22/2023 | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   <u>Epic Chemical Solutions Inc.</u>                  Case number (if known)   _____
       Name

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.**   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.**   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **EPIC CHEMICAL SOLUTIONS, INC vs JAMES RODNEY GIBSON JR. d/b/a Tech-Chemical** | **Breach of Contract / Fraud** | **400th Judicial District Court**<br>Name<br>**1422 Eugene Heimann Cir #3B,**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**22-DCV-295666** | | **Richmond**　　　　**TX**　**77469**<br>City　　　　　　State　ZIP Code | |
| 7.2. | **HOOVER MATERIALS HANDLING GROUP, INC., v. EPIC CHEMICAL SOLUTIONS, INC.,** | **JUDICIAL WORKPLACE ARBITRATIONS** | Name<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**JWA No. 3504-A 2023** | | City　　　　State　ZIP Code | |

Debtor    __Epic Chemical Solutions Inc._____    Case number (if known) _____
       Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
| --- | --- |

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Ciment Law Firm PLLC** | **Attorney Fees $8,000** | **September** | **$8,338.00** |
| | | **Filing Fees $338** | **29, 2023** | |
| | **Address** | | | |
| | **221 Bella Katy Drive** | | | |
| | Street | | | |
| | **Katy**        **TX**     **77494** | | | |
| | City             State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor   **Epic Chemical Solutions Inc.**                                    Case number (if known) _____
         Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐  None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Perfex Chemical Solutions** | **1. 2014 Reitnouer Trailer - $35,000** | **February 2023** | **$165,000.00** |
| | | **2. 2016 PJ Trailer - $20,000** | | |
| | Address | **3. 2019 Great Dane Trailer - $31,000** | | |
| | **1050 N Price Rd** | **4. 2017 Peterbilt 579 - $80,000** | | |
| | Street | **5. 2015 Kenworth T68 - $79,000** | | |
| | **Pampa**        **TX**    **79070** | | | |
| | City         State      ZIP Code | | | |
| | Relationship to debtor | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Perfex Chemical Solutions** | **1. 2021 Ford F550 -  $69,842  Ally Financial was paid in full** | **May 2023** | **$323,665.00** |
| | Address | **2. 2022 Ford F550 - $80,862 - Ally Financial was paid in full** | | |
| | **1050 N Price Rd** | **3. 2022 Ford F550 -  81,265 - Ally Financial was paid in full** | | |
| | Street | **4. 2022 Ford F550 - $91,696 - Ford Motor Credit was paid in full** | | |
| | **Pampa**        **TX**    **79070** | | | |
| | City         State      ZIP Code | **Epic Chemical Solutions Inc. received no profit from sales. All Liens were paid in full directly by Perfext Chemical Solutions and titles transferred.** | | |
| | Relationship to debtor | | | |

---

**Part 7:**     **Previous Locations**

---

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑  Does not apply

Debtor   __Epic Chemical Solutions Inc.__                              Case number (if known) _____
         Name

## Part 8:   Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained   _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
       ☐ No.  Go to Part 10.
       ☐ Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Randolph-Brooks Federal Credit Union**<br>Name<br>**1 IKEA-RBFCU Parkway**<br>Street<br><br>**Live Oak**     **TX**   **78233**<br>City     State   ZIP Code | XXXX- **6  7  0  4** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **February 2023** | **$18,200.00** |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 5

Debtor   **Epic Chemical Solutions Inc.**                                   Case number (if known) _____
_____
Name

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

Debtor   **Epic Chemical Solutions Inc.**                                Case number (if known) _____
_____
Name

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Name and address                                                                 Dates of service

26a.1.  **Megan Malin**                                                          From   **April 2020**   To   **Present**
_____
Name
**10806 Cactus Crossing Drive**
_____
Street
_____

**San Antonio**                          **TX**      **78245**
_____          _____    _____
City                                      State      ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Megan Malin** | | **Vice President** | **49%** |
| **Eric Malin** | | **President** | **51%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor   **Epic Chemical Solutions Inc.**_____   Case number (if known) _____
     Name

**30.   Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.   Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.   Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Debtor | **Epic Chemical Solutions Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**10/07/2023**__
      MM / DD / YYYY

**X** __**/s/ Megan Malin**__                      Printed name  __**Megan Malin**__
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor  __**Vice President**__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **Epic Chemical Solutions Inc.**                    Case No. _____

                                                           Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept..................................................... **$8,000.00**

   Prior to the filing of this statement I have received....................................... **$8,000.00**

   Balance Due............................................................................................... **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __10/07/2023__ | /s/ Daniel J. Ciment |
| :---: | :--- |
| *Date* | *Daniel J. Ciment*                    Bar No.  24042581 |
| | Ciment Law Firm, PLLC |
| | 221 Bella Katy Drive |
| | Katy, TX 77494 |
| | Phone: (833) 663-3289 / Fax: (855) 855-9830 |

</div>

/s/ Megan Malin
*Megan Malin*
*Vice President*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Epic Chemical Solutions Inc.**                                    CASE NO

                                                                              CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/7/2023 _____          Signature  **/s/ Megan Malin** _____
                                                            ***Megan Malin***
                                                            ***Vice President***


Date _____                     Signature _____

Debtor(s): Epic Chemical Solutions Inc.   Case No:   WESTERN DISTRICT OF TEXAS
Chapter: **7**   SAN ANTONIO DIVISION

Afco Credit Corporation
150 North Field Drive, Suite 19
Lake Forest, IL 60045

Hexa Containment
709 S 16th St
La Porte, TX 77571

Southern Tank Leasing
408 Maxey Rd
Houston, TX 77013

Basin Embroidery
817 Central Dr
Odessa, TX 79761

Hoover CS
24285 Katy Fwy Suite 200,
Katy, TX 77494

Tci Transportation
4950 Triggs Street
Commerce, CA 90022

Berryman Chemical Inc
24 Waterway Ave Suite 800
The Woodlands, TX 77380

Isochem Logistics LLC
11000 Beaumont Hwy
Houston, TX 77078

The Jacob Companies LLC
5465 Legacy Dr Ste 650
Plano, TX 75024

Boasso America Corp
615 Channelside Drive, Suite 20
Tampa, FL  33602

James E. Von Der Heydt
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

Titan Transportation
16514 Avenplace Rd,
Tomball, TX 77377

Brenntag North America, Inc.
5083 Pottsville Pike
Reading, PA 19605

Judicial Workplace Arbitrations
Kerrville Tower
222 Sidney Baker Street South
Fifth Floor, Suite 500
Kerrville, Texas 78028

United Rentals
100 First Stamford Pl #700
Stamford, CT 06902

Crude Chem Technology
1998 FM 362
Pattison, TX 77423

Marsala Law Group
1417 E. Mckinney St., Ste 110
Denton, TX 76209

Divvy Pay LLC
2103 Citywest Blvd 12th Floor
Houston, TX 77042

Red River Logistics
3120 Sabre Dr., #100
Southlake, TX 76092

Dongying Junyuan Petroleum Group
#117, Guyangqing Rd.
Guangrao County,
Dongying, Shandong, China, 2570

Robertsons Team, LLC
3937 S County Rd 1290
Odessa, TX 79765

Ford Motor Credit
POB 542000
Omaha, NE 68154

Sgb Solutions, Lp
5918 S County Rd 1273
Midland, TX 79706

Gray Reed & McGraw, Llp
1300 Post Oak Blvd.#2000
Houston, TX 77056

Solugen Inc.
14549 Minetta St
Houston, TX 77035